

1  BENJAMIN B. WAGNER
   United States Attorney
2  LAUREL LOOMIS RIMON
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2754

5  Attorneys for Plaintiff
   United States of America
6

**FILED**

FEB **1 9** 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

**SEALED**

7

8              UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11                                   2 1 0 - sw - 0 0 7 3  KJN

12
   IN THE MATTER OF THE SEARCH  )     NO. _____
13 OF YAHOO! E-MAIL ACCOUNTS    )
                                )     EX PARTE APPLICATION TO FILE
14                              )     SEARCH WARRANT DOCUMENTS
                                )     IN CAMERA AND UNDER SEAL;
15                              )     [PROPOSED] ORDER
                                )
16                              )     [IN CAMERA AND UNDER SEAL]
                                )
17 _____)

18

19      The United States of America hereby applies to this Court

20 for an order sealing the search warrant, the application for a

21 search warrant and affidavit, this application to seal, and the

22 order to seal, until further order of the Court.  In the present

23 case, as set forth in the Affidavit in Support of the Search

24 Warrant, the premature disclosure of the warrant and affidavit

25 filed in support thereof in this case would potentially

26 ///

27 ///

28 ///

                          1

1 | compromise the government's ongoing investigation of  this

2 | matter.

3

4 | Dated: February 19, 2010          Respectfully submitted,

5 |                                   BENJAMIN B. WAGNER
                                      United States Attorney
6

7

8 |                                   LAUREL LOOMIS RIMON
                                      Assistant United States Attorney
9 |                                   Attorneys for Plaintiff
                                      UNITED STATES OF AMERICA
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER

The United States of America has applied to this Court for an Order permitting it to file certain documents under seal. Upon consideration of the application and the entire record herein, IT IS HEREBY ORDERED that the application and affidavit for a search warrant, the search warrant, the application to seal, and this Order, shall be filed with this Court in camera and under seal and shall not be disclosed to any person unless otherwise ordered by this Court.   Federal agents are authorized to serve a copy of the warrant during its execution as required by law.

DATED:   This _____ day of February, 2010.


KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

3